202 So.2d 656

### Mrs. Talita B. COX

v.

## DEPARTMENT OF HIGHWAYS, State of Louisiana.

No. 48841.

Sept. 29, 1967.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.